**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARTIN, INC. t/a MARTIN JEWELERS.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br><br>THE HENRI STERN WATCH AGENCY, INC., PATEK PHILIPPE S.A.<br><br>　　　　　　　Defendants. | Civil Action No. 2:11-cv-1602-CCC-JAD<br><br>**ORDER** |

This matter comes before the Court by way of Plaintiff's objection to Magistrate Judge Joseph A. Dickson's Report and Recommendation dated February 28, 2012. For the reasons set forth in the Court's corresponding Opinion dated April 25, 2012,

**IT IS** on this 25th day of April, 2012

**ORDERED** that Plaintiff's objection to the Report and Recommendation is overruled; and it is further

**ORDERED** that the Report and Recommendation is hereby adopted in full.

**IT IS SO ORDERED.**

_____
CLAIRE C. CECCHI, U.S.D.J.